# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 01:06-CR-0150** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **LUIS RAMOS** | : | |

## ORDER

AND NOW, this 6th day of June, 2006, upon consideration of the order of court (Doc. 60), directing Attorney Michael Musa-Obregon ("Attorney Musa-Obregon"), counsel for defendant, to file, on or before June 1, 2006, a brief in support of defendant's motion (Doc. 59) for revocation or amendment of an order of detention and a transcript of the initial detention proceedings, and it appearing that as of the date of this order Attorney Musa-Obregon has neither filed these documents nor moved for an enlargement of time in which to file these documents, and that a hearing on the motion is scheduled to commence at 2:00 p.m. on June 9, 2006, it is hereby ORDERED that:

1. Attorney Michael Musa-Obregon  shall file, at or before 12:00 p.m. on June 7, 2006, a brief in support of defendant's motion (Doc. 59), <u>citing to applicable and controlling case law</u>.  <u>See</u> 18 U.S.C. § 3142(e)-(g). Failure to comply with this paragraph will result in the motion being deemed withdrawn.  <u>See</u> L.R. 7.5.

2. The government shall be permitted to file a brief in opposition at or before 9:00 a.m. on June 9, 2006.

　/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge