# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 01:06-CR-0150 |
| : | |
| v. : | (Judge Conner) |
| : | |
| **LUIS RAMOS** : | |

## ORDER

AND NOW, this 8th day of June, 2006, upon consideration of the order of court (Doc. 60), directing Attorney Michael Musa-Obregon ("Attorney Musa-Obregon"), counsel for defendant, to file, on or before June 1, 2006, a brief in support of defendant's motion (Doc. 59) for revocation or amendment of an order of detention and a transcript of the initial detention proceedings, and upon further consideration of the order of court (Doc. 62) noting Attorney Musa-Obregon's failure to file these documents and directing him to file a brief in support of the motion at or before 12:00 p.m. on June 7, 2006, and warning that failure to comply would result in the motion being deemed withdrawn, see L.R. 7.5, and it appearing that as of the date of this order Attorney Musa-Obregon has neither filed a brief in support of the motion nor moved for an enlargement of time in which to file a brief in support of the motion, it is hereby ORDERED that:

1. Defendant's motion (Doc. 59) for revocation or amendment of an order of detention is deemed WITHDRAWN.  See L.R. 7.5.

2. The hearing on defendant's motion for revocation or amendment of an order of detention, scheduled to commence at 2:00 p.m. on Friday, June 9, 2006, is CANCELLED.

       S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge